UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS   MAGISTRATE JUDGE VALDEZ
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09 CR 651 |
| ) | |
| v. ) | Violation: Title 29, United States Code, |
| ) | Section 439(c) |
| LARRY WHITE ) | |

FILED
AUG - 3 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The UNITED STATES ATTORNEY charges:

1. At all times material to this Information, the United Electrical, Radio & Machine Workers Local 1110 ("Local 1110") was a labor organization in an industry affecting commerce within the meanings of Title 29, United States Code Sections 402(a), (i) and (j).

2. Beginning on or about October 10, 2006, and continuing until on or about January 8, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LARRY WHITE,

defendant herein, willfully concealed, and caused false entries to be made in, records required to be kept by Title 29, United States Code, Section 436, namely, defendant concealed withdrawal slips for Local 1110's checking account at LaSalle Bank, N.A. that would have verified improper cash withdrawals defendant made, and caused false entries to be made on Local 1110's monthly financial reports by said concealment of the withdrawal slips, such withdrawal slips and monthly financial reports being records required to be kept under Title 29, United States Code, Section 436;

In violation of Title 29, United States Code, Section 439(c).

UNITED STATES ATTORNEY